IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE LEE RAMSEY, | ) | No. C 10-0661 LHK (PR) |
| Petitioner, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| STATE OF CALIFORNIA, | ) ) | |
| Respondent. | ) ) | |

On February 17, 2010, petitioner, proceeding pro se, filed a motion for extension of time to file a petition for writ of habeas corpus. In his motion, he requested additional time to file a petition for writ of habeas corpus, as well as a blank habeas corpus form to submit to this court. The same day, the clerk of the court notified petitioner that no petition had been filed and sent him a blank federal habeas petition as requested. The court cautioned petitioner that his failure to file a petition within thirty days would result in the dismissal of this action. After having received no communication from petitioner, on April 29, 2010, the clerk of the court sent another notice to petitioner, giving him an additional thirty days to file a petition. The clerk's notice again warned that the failure to file a petition within thirty days would result in dismissal of this action. To date, petitioner has not communicated with the court.

Accordingly, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

Order of Dismissal
P:\PRO-SE\SJ.LHK\HC.10\Ramsey661dis.wpd

1  IT IS SO ORDERED.

2  DATED: 8/3/10

_____
LUCY H. KOH
United States District Judge